JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FERRARI BUSBY, | ) | Case No. CV 15-09159-PA (DTB) |
| Petitioner, | ) | |
| vs. | ) | **J U D G M E N T** |
| MARTIN D. BITER, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the action is dismissed pursuant to Rule 4 if the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: December 28, 2015

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE